# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **BRUCE ALEXANDER** | **CASE NO. 3:19-CV-00738** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **ANHEUSER-BUSCH, et al.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED AND DECREED** that the Rule 12(b)(2) motions to dismiss for lack of personal jurisdiction filed by Anheuser-Busch InBev Worldwide, Inc., Carlos Brito, and Joao Mauricio Giffoni de Castro Neves [doc. # 9] and Anheuser-Busch, LLC [doc. # 16] are **GRANTED**, and that plaintiff's claims are **DISMISSED, WITHOUT PREJUDICE.**

Monroe, Louisiana, this 6th day of November, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE